IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TOMMIE KING-BEY, *
 *
    Plaintiff, *
 *
    v. * CV 416-159
 *
PROG LEASING, LLC, d/b/a *
PROGRESSIVE LEASING, *
 *
    Defendant. *

**O R D E R**

On July 8, 2016, the parties filed a joint motion to stay litigation pending arbitration. (Doc. 7.) Within their motion, the parties indicate that "[p]ursuant to the Arbitration Provision contained within the Parties' Leasing Agreement, Plaintiff has agreed to submit his [Telephone Consumer Protection Act] claim to arbitration." Additionally, the parties have agreed that "the Court should dismiss this action's Complaint with prejudice if Plaintiff fails to initiate arbitration proceedings within sixty (60) days from the entry of an order staying this case."

Upon due consideration, the Court **GRANTS** the parties' motion and **STAYS** this case pending the arbitration of Plaintiff's claim. The Court further **ORDERS** Plaintiff to initiate arbitration proceedings **no later than September 16,**

2016. If Plaintiff fails to do so, his claim will be subject to dismissal.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA