UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TOMMIE KING-BEY,

      Plaintiff,

-vs-                               CASE NO.:  4:16-CV-00159-JRH-GRS

PROG LEASING, LLC, d/b/a PROGRESSIVE
LEASING,

      Defendant

_____/

### NOTICE OF PENDING SETTLEMENT

      Plaintiffs, Tommie King-Bey, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, TOMMIE KING-BEY, and Defendant, PROG LEASING, LLC, d/b/a PROGRESSIVE LEASING, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice will be sent to the following by the Court's Electronic Filing System:  Daniel L Delnero, Esquire, Ballard Spahr LLP, 9999 Peachtree Street, Ste. 1000, Atlanta, GA 30309 (DelneroD@BallardSpahr.com.

*/s/Octavio "Tav" Gomez, Esquire*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
tgomez@forthepeople.com
fkerney@forthepeople.com
jkneeland@forthepeople.com
cfallara@forthepeople.com
Attorney for Plaintiff