UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TOMMIE KING-BEY,

    Plaintiff,

-vs-                                                CASE NO.: 4:16-CV-00159-JRH-GRS

PROG LEASING, LLC, d/b/a
PROGRESSIVE LEASING,

    Defendant
                                      /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Tommie King-Bey, and the Defendant, Prog Leasing, L.L.C., d/b/a Progressive Leasing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of March, 2017.

| | |
|---|---|
| */s/Octavio "Tav" Gomez, Esquire* | */s/Stefanie H. Jackman, Esquire* |
| Octavio "Tav" Gomez, Esquire | Stefanie H. Jackman, Esquire |
| Georgia Bar #: 617963 | Georgia Bar No. 335652 |
| Morgan & Morgan, Tampa, P.A. | Ballard Spahr LLP |
| 201 North Franklin Street, 7th Floor | 999 Peachtree Street, Suite 1000 |
| Tampa, FL 33602 | Atlanta, GA 30309-3915 |
| Telephone: (813) 223-5505 | Telephone: (678) 420-9300 |
| Facsimile: (813) 223-5402 | Facsimile: (678) 420-9301 |
| tgomez@forthepeople.com | jackmans@ballardspahr.com |
| fkerney@forthepeople.com | Counsel for Respondent |
| jkneeland@forthepeople.com | |
| cfallara@forthepeople.com | |
| Attorney for Plaintiff | |